**DENY; and Opinion Filed March 6, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00216-CV

### IN RE JAMES EDWIN RANKIN, Relator

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 02-09778**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Whitehill
Opinion by Justice Brown

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate the portions of its "Order Holding Relator in Contempt, Granting Judgment and Suspending Commitment" finding relator guilty of contempt of court and rendering monetary judgment against relator. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has failed to establish a right to relief. We **DENY** the petition.

/Ada Brown/
ADA BROWN
JUSTICE

150216F.P05